:Basia: El Bey.
Claimant.

v.                                                            Case 1:20-cv-01460

United States of America.
Defendant.

For United States District Court of Federal Claims

### Claimant's motion to strike as conditional acceptance of defendants' motion to dismiss [Federal Rules of Civil Procedure 12(f)].

Thank you Jeffrey Bossert Clark, Robert E Kirschman Jr, Deborah A Bynum, and Joshua A Mandlebaum for your motion to dismiss pro se complaint received on January 2, 2020.  This motion is *timely*.

Your letter lists two "issues": 1. "Whether the plaintiff trust may be represented pro se." and 2. "Whether the complaint fails to state a claim upon which relief can be granted."

**Clarified facts:**

October 16, 2020: Basia: El-Bey filed pro se claim for the unauthorized use of the copy-right/copy-claim without consent in the original complaint.

For your arguments in paragraph **I**.  I am only in receipt of the original complaint containing short and plain statements.

For your paragraph arguments in paragraph II. :Basia: El-Bey: is the claimant in this case listed as plaintiff, not a trust.

:Basia: El-Bey: a real party of [in]terest manages the use of the copy-right/copy-claim.

Starting June 2020: Texas started to use the copy-right/copy-claim through the United States postal services for their personal gain without consent, which is fraud and piracy.

Texas was notified of their fault to correct their unauthorized use without consent and Texas refused.

Texas legislative powers stem from their union with the United States. United States duty to prevent fraud is paramount.

Pro se litigant: :Basia: El-Bey now seeks compensation from United States of America for their subordinates: Texas, unauthorized use of the copy-right/copy-claim for Texas' personal gain.

In your letter under "Background" you stated "Mr. Bey's complaint uses frivolous legal tactics of the "sovereign citizens" movement".

Defendants' representatives use of words are not clear, combining sovereign and citizen creates an oxymoron which is pairing two words together that conflict each other. For no meanings of your words are bonded to your motion to dismiss.

And I am only in receipt of me :Basia: El-Bey: being original native of American with ancestry blood-line to the Yat'siminoli and Aniyawiya tribes, in the lands I know is Oklahoma, Texas and Georgia, tracing in the early 1800s. These tribes are misnomer as Seminole Cherokee, Indian and Native American.

Further, I am only in receipt of California Government Code section 100 which states in (a): The sovereignty of the state resides in the people thereof, and all writs and processes shall issue in their name.

If you are referring to the people as mentioned in the California Government Code section 100, than yes, I will work in the capacity of the People.

### Consideration for your motion to dismiss on the grounds you show cause:

I conditionally accept your offer that tactics of the sovereign citizen movement were used, on the grounds you, Jeffrey Bossert Clark, Robert E Kirschman Jr, Deborah A Bynum and Joshua A Mandlebaum, provide the following requests and answers to the Yes or No questions under your private and full commercial liability within 3 days:

1.  Please provide the meaning for each word used and reference: especially words like sovereign, citizen, movement, and frivolous.

2.  Please provide the grammatical function and rule you used to write this motion to dismiss.

3.  If not, please provide the meaning for your words sovereign citizen, in a one word one meaning form?

4.  Is the phrase sovereign citizen an oxymoron, Yes or No?

5.  Does the law allow you to use oxymorons in contract?

6.  By using an oxymoron in contract, would that be fraudulent conveyance of language, Yes or No?

7.  Please provide your authority to [ad]ministrate my :Basia: El-Bey's affairs, with wet ink signature, in its original form.

8.  Please provide your authority to [ad]ministrate :Hasseh: El-Bey's affairs, with wet ink signature, in its original form.

9.  Please provide your authority to [ad]ministrate :El Yumbe: El-Bey's affairs, with wet ink signature, in its original form.

10. Please provide your authority to [ad]ministrate A & K Legacy LLC's affairs, with wet ink signature, in its original form.

11. Please provide your authority to [ad]ministrate Andre P. Harris LLC's affairs, with wet ink signature, in its original form.

12. You listed fictitious business name: ANDRE PIERRE HARRIS. Please provide your authority to [ad]ministrate its affairs, with wet ink signature, in its original form.

13. You listed registered trademark: El Bey. Please provide your authority to [ad]ministrate its, with wet ink signature, in its original form.

14. You listed trust occupants of The Hand of YHWH Trust. Please provide your power of appointment letter to [ad]ministrate the trust occupants affairs, with wet ink signature, in its original form.

15. You listed trust occupants of Tribal Nations United Ministries Trust. Please provide your power of appointment letter showing your authority to [ad]ministrate the tribal trust occupants affairs, with wet ink signature, in its original form.

16. December 26, 1933 49 Statute 3097 Treaty Series 881 in the Convention on Rights and Duties of States, it states Congress replaced statutes with international law, placing all states under international law. Is this true, Yes or No?

17. December 9, 1945 International Organization Immunities Act relinquishes every public office of the United States to the United Nations. Is this true, Yes or No?

18. Your Supreme Court states you are required to take an oath as an attorney for admissions. Is this true, Yes or No?

19. Title 8 U.S. Code section 1481 states once an oath of office is taken citizenship is relinquished, thus you become a foreign entity, agency, or state. That means every public office is a foreign state, including all political subdivisions. (i.e. every single court and that courts personnel is considered a separate foreign entity). Is this true, Yes or No?

You have 3 days.

Failure to provide the Yes or No statements and requests in 3 days will mean that you and this Court agree to the following:

a. You agree that failing to produce the requests, when it is your duty to respond, is evidence of you acting in bad faith.

b. You agree that you do not have authority to [ad]ministrate affairs as mentioned in #5 through #13.

c. Court will strike your motion to dismiss for it is not material and not pertinent to original complaint.

d. Court will deny your motion to dismiss for you failing to state a claim for relief to be granted.

e. Your 50 page motion will be stricken because it is meant to harass, cause unnecessary delay and needlessly raises cost of litigation.

f. You agree that there is no such thing as a sovereign citizen.

g. You agree you have slandered our likeness and defamed our character with your fraudulent conveyance of language through the United States postal services because your slanderous statement have nothing to do with the original complaint.

h. You agree that your motion will be stricken for fraud and piracy.

**Order for the Court:**

This court is to strike and move defendants' representative's motion to dismiss from court record for is it slanderous, not material, not pertinent, means to harass and prevents the court from hearing the original complaint.

**Word meanings:**

Plaintiff: claimant.

Claimant: :Basia: El-Bey.

Pro se: :Basia: El-Bey.

:Basia: El-Bey: original American from the Yat'siminoli and Aniyawiya tribes, traced back past the 1800s.

:Yat'siminoli and Aniyawiya tribes: These tribes are misnomer as Seminole, Cherokee, Indian and Native American.

I: :Basia: El-Bey.

Our: as written out in #5 through #13.

Oxymoron: a figure of speech in which contradictory terms are written or spoken together.

Copyright: common law copy-right.

Common law copy-right: copy-right/copy-claim.

You: Jeffrey Bossert Clark, Robert E Kirschman Jr, Deborah A Bynum and Joshua A Mandlebaum.

Representatives: Jeffrey Bossert Clark, Robert E Kirschman Jr, Deborah A Bynum and Joshua A Mandlebaum.

Defendants: United States of America: United States.

[ad]ministrate: authority to speak on one's behalf, signed under penalty of perjury.

### Verification

I :Basia: El-Bey: do verify I am of the age of majority and competent, hereby verify, under penalty of perjury, that the above statement of facts are correct, according to firsthand knowledge of the facts, so help me God. See Supremacy Clause (Constitution, Laws, and Treaties are all the supreme Law of the Land).

January 5, 2020

With honor.

By: _____

:Basia: El-Bey: Pro Se

304 south Jones Boulevard Suite 180

Las Vegas, Nevada [89107]

Telephone 877-998-7423 extension 0

Fax 877-998-7423

For 20-cv-01460