# In the United States Court of Federal Claims

```
*****************************************
                                        *
                                        *
                                        *
                  Plaintiff(s),         *        No.
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                  Defendant.            *
                                        *
                                        *
*****************************************
```

For the reasons specified in the attached deficiency memorandum, the attached submission shall be:

       Filed by my leave.

       Filed by my leave and the filing shall be titled _____.

       Filed by my leave and the party is being notified for the correction of the following defect(s) in all future filings: _____.

       Filed by my leave and the party is required to file a redacted version of the document for the public record (Rule 5.2).

       Returned to the party for the correction of defects. The party shall re-file the corrected document on or before _____.  Opposing counsel's time to respond to the filing is to run from the date of re-service.

       Returned to the party unfiled.

       Rejected.

IT IS SO ORDERED.

_____
Judge

_____
Date