Docket No. _____

# UNITED STATES COURT OF FEDERAL CLAIMS

## DEFICIENCY MEMORANDUM

**TO:**   Judge _____

**FROM:**   CLERK'S OFFICE

**CASE NAME:**   _____

**DOCUMENT TITLE:**   _____

The attached was received on _____ and the following defect(s) is/are noted:

1. Untimely, due to be filed by _____ [Rule 7.2].

2. Proof of service: [Rule 5.3]
   \_\_\_ is missing;   \_\_\_ is not signed and/or dated;   \_\_\_ shows service on wrong attorney or of wrong item.

3. Not signed by the attorney or party of record [Rules 11 and 83.1(c)(2)].

4. Does not comply with the provisions of Rule:
   - 5.2(a)       Re: redacted filings [Privacy Protection]
   - 5.4(a)(2)(A) Re: table of contents or index to appendix is missing (or in wrong location)
   - 5.4(b)       Re: length of briefs or memorandum
   - 5.5(d)(2)    Re: copies missing
   - 5.5(g)       Re: Judge's name on all filings
   - 10(a)        Re: incorrect caption; names of parties
   - 24(c)        Re: motion to be accompanied by a pleading

5. Original affidavit(s)/declaration(s) is/are missing.

6. No provision in the rules (or court order) for the filing of this item.

7. [                                                                 ]

_____
Deputy Clerk's Initials

*Revised February 2020*